STATE OF ILLINOIS
IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY

THE PEOPLE OF THE STATE OF ILLINOIS )
)
VS. ) NO. 2008 CF 471
)
GEORGE W. TAYLOR )
Defendant )

**FILED**
MAR 18 2015
Stuart Hall
CLERK OF THE CIRCUIT COURT

ORDER GRANTING IMMEDIATE RELEASE

THIS MATTER BEING before the court on the defendant's Motion for Immediate Release. The State having no objection to the defendant's motion, and the parties and Court having listened to the audio recording of the negotiated plea hearing held on June 2, 2009, the Court finds the following: That the recitation of the sentence in open court was for a probation period of 24 months. That although the written Sentencing Order indicates the period was for 48 months, the oral recitation of the sentence is binding and that the probation period was for 24 months. That the Petition to Revoke Probation was filed on September 7, 2011 which was after the period of 24 months probation had expired. That the sentence and judgment of seven years incarceration in the Department of Corrections imposed on May 24, 2012, after a finding of violation of probation, is void as the probation period had already expired.

IT IS HEREBY ORDERED that the defendant's Motion shall be and hereby is granted. That the sentence and judgment of seven years incarceration in the Department of Corrections imposed on May 24, 2012 is hereby vacated. That the Department of Corrections is ordered to release George W. Taylor #B88405 immediately.

IT IS SO ORDERED.

STATE OF ILLINOIS ) ss
COUNTY OF WILLIAMSON )
I, STUART HALL, Circuit Clerk of Williamson County, Illinois, do hereby certify the above document to be a true copy of the Original on file and of record in my office.
DATED 3/18/15
Stuart Hall
CIRCUIT CLERK
WILLIAMSON COUNTY, IL

DATE: 3-18-15     ENTER: _____
                                Judge

**EXHIBIT 1**